# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HUMPHREYS, KAREN M. | U.S. DISTRICT COURT - KANSAS | 1/7/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| MAGISTRATE JUDGE - FULL TIME | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

322 U.S. COURTHOUSE
401 N. MARKET
WICHITA, KS 67202

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | CO-TRUSTEE | TRUST |
| 2. | DIRECTOR (BOARD CHAIR) | KANSAS LEADERSHIP CENTER |
| 3. | COMMISSIONER | KANSAS LAWYERS ASSISTANCE PROGRAM |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/2013 | Kansas Leadership Center, stipend donated to charitable organizations | $1,250.00 |
| 2. 4/2013 | Kansas Leadership Center, stipend donated to charitable organization | $1,500.00 |
| 3. 7/2013 | Kansas Leadership Center, stipend donated to charitable organization | $1,250.00 |
| 4. 10/2013 | Kansas Leadership Center, stipend donated to charitable organization | $1,250.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 1/7/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Stephen Craig | Tickets to KU basketball game | $500.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | INTRUST BANK | CREDIT CARD | J |
| 2. | BANK OF AMERICA | CREDIT CARD | K |
| 3. | MET LIFE | LOAN | K |
| 4. | INTRUST BANK | CREDIT CARD | J |
| 5. | NEF VARIABLE LIFE | LOAN | J |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 1/7/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. REGAL BELOIT - COMMON STOCK - (RBC) | A | Dividend | K | T | | | | | |
| 2. ALLSTATE -COMMON STOCK (ALL) | A | Dividend | J | T | | | | | |
| 3. WELLS FARGO - COMMON STOCK (WFC) | A | Dividend | | | Sold | 07/30/13 | J | | |
| 4. TRUST [Y] | | | | | | | | | |
| 5. -CHEVRON CORP- COMMON STOCK (CVX) | A | Dividend | K | T | | | | | |
| 6. -BOFA TAX EXEMPT RESERVES TRUST CLASS* | A | Interest | J | T | | | | | |
| 7. -DISCOVER FINL SVCS (DFS) | A | Dividend | J | T | | | | | |
| 8. -GE CO. - COMMON STOCK (GE) | A | Dividend | K | T | | | | | |
| 9. -MERCK & CO., INC. NEW COM (MRK) | A | Dividend | K | T | | | | | |
| 10. -MORGAN STANLEY- COMMON STOCK (MS) | A | Dividend | J | T | | | | | |
| 11. -WELLS FARGO & CO. NEW - COMMON STOCK - (WFC) | A | Dividend | J | T | | | | | |
| 12. COLUMBIA MANAGEMENT (IRA) fka NATION FUNDS -Cash Equivalent | | | | | | | | | |
| 13. -COLUMBIA LARGECAP | A | Dividend | J | T | | | | | |
| 14. -COLUMBIA SMALLCAP INDEX FUND A | A | Dividend | J | T | | | | | |
| 15. AMERITRADE, INC. | | | | | | | | | |
| 16. -SENTINEL FDS (MYPVX) (name change) | A | Dividend | K | T | | | | | |
| 17. -WEITZ SERIES FUND/NC (WVALX) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 1/7/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DWS MUNI INC TR, mutual fund | A | Interest | | | Sold | 07/30/13 | J | | |
| 19. NEW ENGLAND FIN'L VARIABLE FLEX LIFE | | | | | | | | | |
| 20. -CLARION GLOBAL REST | | None | K | T | | | | | |
| 21. -AMER FUNDS BOND | | None | K | T | | | | | |
| 22. -JANUS FORTY PORTFOLIO | | None | K | T | | | | | |
| 23. -AMER FUNDS GROWTH | | None | K | T | | | | | |
| 24. -AMER FUNDS GRO INC. | | None | K | T | | | | | |
| 25. -AMER FUNDS GLOSMCAP | | None | K | T | | | | | |
| 26. FIDELITY BANK (X) | A | Interest | K | T | | | | | |
| 27. CHARLES SCHWAB IRA (X) | A | Int./Div. | M | T | | | | | |
| 28. -SWGXY | | | | | | | | | |
| 29. -SAXIX | | | | | | | | | |
| 30. -SAUFX | | | | | | | | | |
| 31. -SAEMX | | | | | | | | | |
| 32. -SAISX | | | | | | | | | |
| 33. -SAHMX | | | | | | | | | |
| 34. -SAREX | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 1/7/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -SAMKX | | | | | | | | | |
| 36. -SABTX | | | | | | | | | |
| 37. AMER. FUNDS IRA (X) | A | Dividend | K | T | | | | | |
| 38. -AMER. BALANCED FUND A | | | | | | | | | |
| 39. -CAPITAL WORLD GROWTH & INC. FUND A | | | | | | | | | |
| 40. -THE GROWTH FUND OF AMER. -A | | | | | | | | | |
| 41. -THE INVESTMENT CO. OF AMER.-A | | | | | | | | | |
| 42. -NEW PERSPECTIVE FUND A | | | | | | | | | |
| 43. KPERS (X) RETIREMENT SYSTEM KS. PUBLIC EMP. | | None | K | T | | | | | |
| 44. NEF VARIABLE LIFE (X) | | | | | | | | | |
| 45. -CLARION GLOBAL REST | | None | K | T | | | | | |
| 46. -AMER FUNDS BOND | | None | K | T | | | | | |
| 47. -JANUS FORTH PORTFOLIO | | None | K | T | | | | | |
| 48. -AMER FUNDS GROWTH | | None | K | T | | | | | |
| 49. -AMER FUNDS GRO INC. | | None | K | T | | | | | |
| 50. -AMER FUNDS GLOSMCAP | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUMPHREYS, KAREN M. | 1/7/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **KAREN M. HUMPHREYS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544